STYLEBUILT SHOE Co., INC., Appellant, v. LOUIS COHEN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

JOSEPH GALANTE, an Infant, by ONOFRIO GALANTE, His Guardian ad Litem, Appellant, v. GENERAL MOTORS TRUCK COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE FOUNTAIN PRESS, INC., Respondent, v. JAMES R. WELLS, Defendant, Impleaded with WM. H. WISE & Co., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant Wm. H. Wise & Co., Inc., to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ONOFRIO GALANTE, Appellant, v. GENERAL MOTORS TRUCK COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

JOHN FRANCIS DINGEE and Others, Respondents, v. SID BLAKE and Others, Appellants, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

PAUL TIETZ, as Administrator, etc., of DELLA BENSON TIETZ, Deceased, Respondent, v. PAUL VIANE, TRAINER CONTRACTING Co., INC., Defendants, Impleaded with THE CITY OF NEW YORK and DAYTON WOODWORKING Co., INC., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

LILY E. GIORDON and Another, Respondents, v. OLIVER W. BIRCKHEAD, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ROBERT JOHNSTON, Doing Business as ARGO PAINTING COMPANY, Respondent, v. ACME LITHOGRAPHING Co., INC., Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.; Finch, P. J., and Merrell, J., dissent on the ground that there was not sufficient proof on the part of plaintiff to sustain the recovery.

NEW YORK BANKERS, INC., Appellant, v. HERBERT DUNCAN, Respondent.*— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE NOSTRO CORPORATION, Respondent, v. CECIL B. WEINGARTEN, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS MARGOLIES, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

FREDERICK W. BROOKS, JR., Appellant, v. BENJAMIN JACOBSON, Engaged in Business under the Name and Style of ARLINGTON UNDERWEAR COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GILBERT SIMPSON,

*Affd., 257 N. Y. 160.